United States Bankruptcy Court

Middle District of Georgia

| | |
|---|---|
| IN RE:<br><br>Gloria Dean Tookes Thomas<br>1527 Cool Springs Rd.<br>Buena Vista, GA 31803-9031 | Chapter 13<br><br>Case No. 10-40629-JTL |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $598.13 in unclaimed funds of Hsbc Consumer And Mortgage Lending, creditor.

Last Known Address (Most recent listed left to right):


Hsbc Consumer And Mortgage Lending
636 Grand Regency Blvd
Brandon,FL 33510




Dated: 1/21/2015

/s/ A. Kristin Hurst
_____
A. Kristin Hurst. Trustee